```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 14300
    JOSEPH JENKINS
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-4079


---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/09/07 .

    2.  The case was dismissed without confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   2330.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
DEUTSCHE BANK              CURRENT MORTG         .00           .00           .00
DEUTSCHE BANK              MORTGAGE ARRE   NOT FILED           .00           .00
AMERICREDIT FINANCIAL      SECURED VEHIC        .00           .00           .00
COMED                      UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED       NOT FILED           .00           .00
SBC AMERITECH CORP         UNSECURED       NOT FILED           .00           .00
          Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
PRINCIPAL PAID           .00         .00          .00          .00           .00
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID               .00         .00          .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00
and was paid $   2655.00  direct and $    845.00  through the plan.

The Trustee received $     52.03 .

Refunds to the Debtor totaled $   1432.97 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 05/28/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 14300 JOSEPH JENKINS
```